# Court of Appeals
# of the State of Georgia

ATLANTA, __December 31, 2015__

*The Court of Appeals hereby passes the following order:*

## A16A0466. AGNES SCOTT COLLEGE, INC. v. AMANDA HARTLEY.

Appellee Amanda Hartley has filed a motion to dismiss this appeal based on Appellant's failure to follow the interlocutory appeal procedures. That motion is hereby GRANTED, and the appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __12/31/2015__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*